UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20725-Civ-COOKE/GOODMAN

HOUSTON SPECIALTY INSURANCE CO.,

    Plaintiff,

vs.

DANIELA FONTECILLA, et al.,

    Defendants.
_____/

DANIELA FONTECILLA, et al.,

    Counter-Plaintiffs,

vs.

HOUSTON SPECIALTY INSURANCE CO.,

    Counter-Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS MATTER** is before the Court on U.S. Magistrate Judge Jonathan Goodman's Report and Recommendation (the "Report") (ECF No. 95) regarding Defendants Daniela Fontecilla and Law Offices of Daniela Fontecilla, P.A.'s Motion to Tax Costs (ECF No. 91). The Court referred to Judge Goodman all non-dispositive pretrial matters, as well as motions for attorney's fees and costs and motions for sanctions, in accordance with 28 USC § 636(b). ECF No. 5.

On September 30, 2022, Judge Goodman issued his Report in which he recommended that Defendants Daniela Fontecilla and Law Offices of Daniela Fontecilla, P.A.'s Motion to Tax Costs (ECF No. 91) be granted and that they be awarded $466.32 in taxable costs. The parties have not filed objections to Judge Goodman's Report, and the time to do so has passed.

1

The Court has reviewed the Report and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report (ECF No. 95). It is hereby **ORDERED and ADJUDGED** that Defendants Daniela Fontecilla and Law Offices of Daniela Fontecilla, P.A.'s Motion to Tax Costs (ECF No. 91) is **GRANTED**. Accordingly, Defendants Daniela Fontecilla and Law Offices of Daniela Fontecilla, P.A., are awarded **$466.32** in taxable costs.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 22nd day of November, 2022.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT COURT JUDGE**
**For Marcia G. Cooke, U.S. District Judge**

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*