UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-20725-CIV-MARTINEZ-GOODMAN

HOUSTON SPECIALTY
INSURANCE CO.,

    Plaintiff,

v.

DANIELA FONTECILLA, *et al.*,

    Defendants.
_____/

DANIELA FONTECILLA, *et al.*,

    Counter-Plaintiffs,

v.

HOUSTON SPECIALTY
INSURANCE CO.,

    Counter-Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants/Counter-Plaintiffs' Motion for Attorney's Fees. (ECF No. 92). Judge Goodman filed an R&R recommending that the Motion for Attorney's Fees be granted in part and denied in part. (ECF No. 109 at 22). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Goodman's R&R, (ECF No. 109), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

1

**ADJUDGED** that Defendants/Counter-Plaintiffs' Motion for Attorney's Fees, (ECF No. 92), is **GRANTED IN PART AND DENIED IN PART**, as set forth in the R&R.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __18__ day of May, 2023.

                                                                    _____
                                                                    JOSE E. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record